# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2009

Marilyn Kelly,
Chief Justice

138243

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 138243
                                 COA: 282230
                                 Saginaw CC: 06-028141

RICHARD ALLEN SMITH,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 6, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

0518